IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI

| | |
|---|---|
| JANE DOE, et al., <br><br> Plaintiffs, <br><br> v. <br><br> CITY OF FLORISSANT <br><br> and <br><br> JULIAN ALCALA, <br><br> Defendants. | Civil Action No. 4:24-cv-1528-JSD |

### ORDER

.

This matter is before the Court on New Plaintiffs' Motion for Leave to Proceed Under Pseudonym (ECF No. 19), asking to allow Jane Doe 8 and 9 to proceed under pseudonym. This motion is unopposed. For the reasons stated in the Court's previous Order (ECF No. 23 in lead case 4:24-cv-1412-JSD), this motion is granted.

Accordingly,

**IT IS HEREBY ORDERED** that New Plaintiffs' Motion for Leave to Proceed Under Pseudonym (ECF No. 19) is **GRANTED**.

_____
**JOSEPH S. DUEKER**
**UNITED STATES MAGISTRATE JUDGE**

Dated this 8th day of July, 2025.

1